ABRAM ACKER, Respondent, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF SING SING, Appellant.

(Submitted May 31, 1886; decided June 15, 1886.)

*Francis Larkin* and *John Gibney* for appellant.

*Samuel Watson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.